# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 24-11030-HH
Case Style: Eric Watkins v. Fort Lauderdale Police Officer, et al
District Court Docket No: 0:21-cv-60081-RS

The referenced appeal was erroneously dismissed.

This appeal has been clerically reinstated by the clerk due to the district court's order granting appellant's motion to proceed in forma pauperis entered prior to this court's dismissal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Briefing and Appendix Deadlines
Pursuant to 11th Cir. R. 31-1(a), the appellant's brief is due forty days from the date of this letter. The appendix is due 7 days after the appellant's brief is filed. An incarcerated pro se party is not required to file an appendix.

The appellee's brief is due within 30 days after the service of the last appellant's brief. The appellant's reply brief, if any, is due within 21 days after the service of the last appellee's brief. This is the only notice you will receive regarding the due date for briefs and appendices.

Clerk's Office Phone Numbers
General Information:     404-335-6100    Attorney Admissions:              404-335-6122
Case Administration:     404-335-6135    Capital Cases:                    404-335-6200
CM/ECF Help Desk:        404-335-6125    Cases Set for Oral Argument:      404-335-6141

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-11030-HH
_____

ERIC WATKINS,

                              Plaintiff - Appellant,

versus

FORT LAUDERDALE POLICE OFFICER,
unknown name,
CITY OF FORT LAUDERDALE,
OFFICER ERIC GOOD # 1538,

                              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: This appeal is reinstated by the clerk, effective July 08, 2024.


DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                  FOR THE COURT - BY DIRECTION